**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

ELECTRONICALLY
FILED
Jul 07 2026
U.S. DISTRICT COURT
Northern District of WV

**KURT JOHNSON and**
**DEBORAH WELSH**

**Plaintiffs,**

**v.**

**Civil Action No. 3:26-cv-90 (Groh/Trumble)**
**(Removal of Case No. CC-02-2026-C-314 from the Circuit Court of Berkeley County, West Virginia)**

**KEITH WATTS, SAID EZZHANI,**
**and MELISSA BAYLESS,**

**Defendants.**

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Defendants, by special, limited appearance[1], without waiving defenses, including service of process, hereby remove Civil Action No. CC-02-2026-C-314 from the Circuit Court of Berkeley County, West Virginia, the circuit court in which the civil action was initiated, to the United States District Court for the Northern District of West Virginia.

In support of this Notice of Removal, the Defendants state as follows:

1. Plaintiff, Kurt Johnson, is a Federal Bureau of Prisons ("BOP") inmate designated to the Federal Correctional Institution ("FCI") Cumberland in Cumberland, Maryland.

2. Upon information and belief, Ms. Deborah Welsh, whose mailing address is P.O. Box 21767, El Sobrante, California 94820, is also a named plaintiff in this matter.

3. On or about June 11, 2026, Plaintiff brought the state court action against Defendants Watts, Ezzhani, and Bayless in the Circuit Court of Berkeley County, West Virginia. Upon

[1] The undersigned counsel appears specially for the limited and exclusive purpose of removing this case from state court to federal court before the expiration of any purported answer or removal deadline.

information and belief, all necessary parties have not yet been served with the summons and complaint.

4. A copy of the state court docket sheet is attached hereto as Exhibit 1. Copies of the entire state court case file, including the summons and complaint, are attached hereto as Exhibit 2.

5. At all times relevant hereto, the underlying state court complaint was brought against these Defendants, employees or officers of the United States and the Federal Bureau of Prisons, acting in official and/or individual capacity, for or relating to acts under color of such office. Specifically, Plaintiff alleges that, in or about March 2026, the Defendants engaged in tortious conduct and violated Plaintiffs' Constitutional rights while he was in the BOP custody and designated to FCI Cumberland.

6. Pursuant to 28 U. S. C. § 1442(a)(1), a civil action that is commenced in a state court and that is against or directed to the United States or any agency thereof or any officer (or any person acting under that officer) of the United States or of any agency thereof, in an official or individual capacity, for or relating to any act under color of such office may be removed to the district court of the United States for the district and division embracing the place wherein it is pending.

7. Notice of the removal of the underlying state court civil action is being filed contemporaneously with the Clerk of the Circuit Court of Berkeley County, West Virginia.

WHEREFORE, the entirety of the underlying state court action is hereby removed to this Court pursuant to 28 U. S. C. § 1442(a)(1).

Respectfully submitted,

MATTHEW L. HARVEY
UNITED STATES ATTORNEY

By: /s/ *James A. Mazzone*
James A. Mazzone (W. Va. #14787)
Jordan V. Palmer (W. Va. #12899)

Assistant United States Attorney
United States Attorney's Office
1125 Chapline Street, Suite 3000
Wheeling, WV 26003
Telephone: (304) 234-0110
Jimmy.Mazzone@usdoj.gov
Jordan.Palmer@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the 7th day of July 2026, a true and accurate copy of the foregoing *NOTICE OF REMOVAL* was furnished for delivery via U. S. Mail, postage prepaid, to the following non-CM/ECF participants:

**Kurt Johnson**
**Federal Register No. 13177-081**
**FCI Cumberland**
**P.O. Box 1000**
**Cumberland, MD 21501.**

**Deborah Welsh**
**P.O. Box 21767**
**El Sobrante**
**California 94820**

on this 7 day of July, 2026.

By: */s/ James A. Mazzone*
Assistant United States Attorney
W. Va. Bar # 14787
United States Attorney's Office